UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEA R. (MOSS) KEMPER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>    Defendant. | Civil No. CV-06-324-LRS<br><br>ORDER REMANDING CASE TO<br>WHITMAN COUNTY SUPERIOR COURT |

This matter came before the Court for hearing without argument on Defendant's unopposed Motion to Remand this action to the Whitman County Superior Court for the State of Washington (**Ct. Rec. 3**). The Court has reviewed the court file, has been fully advised on the issues involved, and concludes that no basis for the assertion of federal jurisdiction has been pleaded. Accordingly,

IT IS HEREBY ORDERED that this case be remanded to the Whitman County Superior Court for the State of Washington.

Dated this 5th day of January, 2007.

*s/Lonny R. Suko*
───────────────────────────
Lonny R. Suko
United States District Judge

ORDER OF REMAND